# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sport Systems Unlimited Corp., | Court File No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| Rink Systems, Inc., | |
| Defendant. | **JURY TRIAL DEMANDED** |

For its Complaint against Defendant Rink Systems, Inc. ("Defendant"), Plaintiff Sport Systems Unlimited Corp. ("SSU") states and alleges the following:

## PARTIES

1. Plaintiff SSU is a Canadian corporation qualified to do business in Minnesota, with its registered offices at Suite 600, 17200 Medina Road, Plymouth, Minnesota 55447.

2. Upon information and belief, Defendant Rink Systems, Inc. is a Minnesota corporation with its principal place of business at 1103 Hersey St., Albert Lea, Minnesota 56007.

3. Plaintiff SSU and Defendant are direct competitors.

## JURISDICTION AND VENUE

4. Subject matter jurisdiction is proper under 28 U.S.C. § 1338.

5. Personal jurisdiction is based upon Federal Rule of Civil Procedure 4(e) and the Minnesota Long-Arm Statute, Minn. Stat. § 543.19.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400.

## COUNT I
## PATENT INFRINGEMENT

7. On December 21, 1999, United States Letters Patent No. 6,004,217 was properly and legally issued and Assigned to Plaintiff SSU for an invention in Flexible Dasher Boards ("the '217 Patent").

8. A copy of the '217 Patent is attached as Exhibit 1.

9. Plaintiff SSU owned the '217 Patent throughout the period of the Defendant's infringement and still owns the '217 Patent.

10. On or about May 17, 2010, Plaintiff SSU gave Defendant notice of its '217 Patent.

11. Defendant has been infringing and continue to infringe the '217 Patent, directly and indirectly, by making, selling, and using packaging systems and methods that embody one or more claims of the '217 Patent. Specifically, Defendant made, sold, and installed a dasher board system that infringes the '217 Patent, at the State University of New York ("SUNY") in Canton, New York.

12. Defendant's infringement has irreparably harmed and continues to harm Plaintiff.

## COUNT II
## INDUCEMENT OF PATENT INFRINGEMENT

13. Plaintiff SSU incorporates by reference the previous paragraphs.

14. Defendant's manufacturing, sales, marketing and other actions induced infringing acts and Defendant knew or should have known its actions would induce actual infringements of the '217 Patent.

## COUNT III
## CONTRIBUTORY PATENT INFRINGEMENT

15. Plaintiff SSU incorporates by reference the previous paragraphs.

16. Defendant has sold or imported material components of the inventions claimed in the '217 Patent knowing the same to be especially made or especially adapted for use in an infringement of the '217 Patent.

17. The material components of the inventions sold or imported by the Defendant claimed in the '217 Patent are not staple articles or commodities of commerce suitable for substantial noninfringing uses.

18. Upon information and belief, Defendant knew of the '217 Patent since approximately its issue date. Defendant pursued its knowing and willful infringement of the '217 Patent in disregard of the patent rights held by Plaintiff SSU.

## DEMAND FOR JURY TRIAL

19. Plaintiff demands trial by jury as to all issues triable by jury in this case as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff SSU, Inc. prays for the following relief:

1. An injunction against Defendant's continued infringement.

2. Damages, including interest, for Defendant's past infringement, and a trebling of the damages for Defendant's willful infringement.

3. An award of attorneys fees and costs.

4. Such other relief as the court deems just, fair, and equitable.

**BRIGGS AND MORGAN, P.A.**

September 20, 2011          By   *s/ John B. Lunseth II*
                                 John B. Lunseth II (MN No. 65341)
                                 Gerald E. Helget (MN No. 155184)
                            2200 IDS Center
                            80 South Eighth Street
                            Minneapolis, Minnesota 55402
                            Telephone: (612) 977-8400
                            Facsimile: (612) 977-8650

**ATTORNEYS FOR PLAINTIFF SPORT SYSTEMS UNLIMITED CORP.**

4243718v2